UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * |
| | MDL 2179 |
| | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * |
| | JUDGE BARBIER |
| AND | * |
| | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * |

## J U D G M E N T

In accordance with the Order signed on October 23, 2019 [As to the 156 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the October 10, 2019 Show Cause Order], entered in the MDL 2179 master docket (No. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that the complaints of the 113 BELO plaintiffs identified below are DISMISSED WITH PREJUDICE.

|     | Case No. | Plaintiff |
|-----|----------|-----------|
| 1.  | 19-09827 | Crocton, Rodney Lindsey |
| 2.  | 19-09829 | Cave, Charlie Banard |
| 3.  | 19-09832 | Edwards, Reginald Labarron |
| 4.  | 19-09856 | Theriot, Jeramie Joshua |
| 5.  | 19-09861 | Billiot, Crystal Hendon |
| 6.  | 19-09863 | Billiot, Laura Lane |
| 7.  | 19-09864 | Billiot, Ranzel Joseph |
| 8.  | 19-09867 | Carlee, James Benjamine |
| 9.  | 19-09868 | Chaisson, Lawrence Joseph |
| 10. | 19-09876 | Falgout, Roosevelt J. |
| 11. | 19-09877 | Johnson, Edwina Theresa |
| 12. | 19-09879 | Mobley, Lorenzo Dwayne |
| 13. | 19-09880 | Nguyen, Nhan |
| 14. | 19-09887 | Verdin, Oneil M. |
| 15. | 19-09891 | White, Coty James |

| | | |
|---|---|---|
| 16. | 19-09892 | Anderson, Richard Walter |
| 17. | 19-09895 | Borne, Travis James |
| 18. | 19-09897 | Collins, Jody Stephen |
| 19. | 19-09899 | Danos, Danny Lee |
| 20. | 19-09900 | Dardar, Joshua Michael |
| 21. | 19-09903 | Fontaine, Cody Layne |
| 22. | 19-09913 | Verdin, Carl Antoine |
| 23. | 19-09936 | Collum, Sandy Lynn |
| 24. | 19-09940 | Feltman, Dennis Keith |
| 25. | 19-09947 | Ward, Michael Ernest |
| 26. | 19-09955 | Loftus, William Kyle |
| 27. | 19-09961 | Miller, Ram Anthony |
| 28. | 19-09962 | Morales, Alex, Jr. |
| 29. | 19-09968 | Rankins, Christopher Jacob |
| 30. | 19-09969 | Shivers, Elando Kelly |
| 31. | 19-09997 | Carter, Johnny Leroy |
| 32. | 19-10001 | Dasher, Michael Eugene, Jr. |
| 33. | 19-10013 | Klock, Charles William |
| 34. | 19-10020 | Lett, Cassious Darell |
| 35. | 19-10025 | McGuire, Brayton Scott |
| 36. | 19-10026 | Mills, Joseph Cornelius |
| 37. | 19-10042 | Ros, George Anthony |
| 38. | 19-10106 | Austin, Jeffrey Kent |
| 39. | 19-10107 | Becknell, Clarence Alexander, Jr. |
| 40. | 19-10110 | Delle, Jack John, Jr. |
| 41. | 19-10120 | Nguyen, Que Van |
| 42. | 19-10121 | Overstreet, Darish |
| 43. | 19-10122 | Packer, Darryl Demetrius |
| 44. | 19-10130 | Steib, Farrell Paul, Jr. |
| 45. | 19-10180 | Fischer, Marilyn Kay |
| 46. | 19-10188 | Kyles, Michael Therese |
| 47. | 19-10193 | Price, Jeremy Joseph |
| 48. | 19-10199 | Steorts, Ricky Dale |
| 49. | 19-10203 | Theriot, Gene Eddie |
| 50. | 19-10208 | Turner, Adonis Bennett, Jr. |
| 51. | 19-10210 | Vizier, Craig Michael |
| 52. | 19-10211 | Watson, Corry Deshun |
| 53. | 19-10213 | Rayford, Gandar Cherief |
| 54. | 19-10215 | Du, Hue Kien |
| 55. | 19-10218 | Hagadone, Dustin James |
| 56. | 19-10222 | Marinkovic, Milivoj |
| 57. | 19-10223 | Hunter, Dominique Marquise |
| 58. | 19-10224 | Pharr, Roderick Lavert |

| | | |
|---|---|---|
| 59. | 19-10243 | Dang, Cuong Van |
| 60. | 19-10244 | Dang, Duong Tung |
| 61. | 19-10245 | Davis, Johnnie Ray |
| 62. | 19-10253 | Hall, Charlie Leon, III |
| 63. | 19-10254 | Hayes, Lamont Daniel |
| 64. | 19-10258 | Kern, William Barton, Jr. |
| 65. | 19-10264 | Moye, Lisa Evelyn |
| 66. | 19-10265 | Nguyen, Ban Van |
| 67. | 19-10266 | Perez, Manuel |
| 68. | 19-10267 | Phan, Nghia Dinh |
| 69. | 19-10269 | Reeves, James Michael |
| 70. | 19-10276 | Truong, Man B. |
| 71. | 19-10277 | Truong, Tu B. |
| 72. | 19-10280 | Way, Kenneth Brian, II |
| 73. | 19-10299 | Bay, William Casey |
| 74. | 19-10301 | Carter, Monchetee Mondale |
| 75. | 19-10302 | Castanedo, Joshua Edward |
| 76. | 19-10306 | Kelly, Terry Wayne, Jr. |
| 77. | 19-10307 | Lee, Frederick Wayne |
| 78. | 19-10309 | Mitchum, Paul Lane |
| 79. | 19-10380 | Coachman, Sandra Kay |
| 80. | 19-10385 | Waldron, Phillip Sharadan |
| 81. | 19-10396 | Fleming, Kerk Thomas |
| 82. | 19-10399 | Goines, Donald Terrell |
| 83. | 19-10401 | Guidry, Wayne Paul |
| 84. | 19-10402 | Holley, Eric Anthony |
| 85. | 19-10407 | Le, Nancy |
| 86. | 19-10409 | Lirette, Jonathan Peter |
| 87. | 19-10420 | Brooks, David Scott |
| 88. | 19-10436 | Horn, James Alexander |
| 89. | 19-10437 | Keelin, Kenneth Lawrence |
| 90. | 19-10438 | Key, William Lee |
| 91. | 19-10440 | Laurendine, Frances Smith |
| 92. | 19-10445 | Schofield, Christopher Daniel |
| 93. | 19-10446 | Seltzer, Alex Cornell |
| 94. | 19-10449 | Tran, Thanh Van |
| 95. | 19-10451 | Vanacor, James Thomas |
| 96. | 19-10452 | Wentworth, Todd Allan |
| 97. | 19-10453 | West, Rebecca Lanier |
| 98. | 19-10458 | Clark, Roger Lee |
| 99. | 19-10459 | Coleman, Thomas Deon |
| 100. | 19-10476 | Pryor, Robert Hugh, Jr. |
| 101. | 19-10481 | Watts, Tanzila Dejira |

| 102. | 19-10483 | Whitsett, Demartess Anthony |
| 103. | 19-10541 | Barisich, George Anthony |
| 104. | 19-10544 | Broussard, Keith Joel, Jr. |
| 105. | 19-10548 | Dempster, Jason Thomas |
| 106. | 19-10555 | Huynh, Chi |
| 107. | 19-10561 | Lott, Logan Daniel |
| 108. | 19-10566 | Nguyen, Dai Van |
| 109. | 19-10576 | Tra, Nhi |
| 110. | 19-10581 | Tran, Vincent Hoang |
| 111. | 19-10662 | Allen, Della Reese |
| 112. | 19-10664 | Buras, Judith Estelle |
| 113. | 19-10704 | Boudreaux, Wallace Joseph |

New Orleans, Louisiana, this 23rd day of October, 2019.

_____
United States District Judge

**Note to Clerk: File in each of the cases closed by this judgment.**