# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30087    George Barisich v. BP Expl & Prodn, Inc., et al
                          USDC No. 2:19-CV-10541

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc w/encl:
    Ms. Celeste Brustowicz
    Mr. Kevin Michael Hodges
    Mr. Devin Chase Reid
    Mr. Youlin Yuan